| AO 10
Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2020 | *Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thuma, David T. | United States Bankruptcy Court for the District of New Mexic | 05/28/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

333 Lomas Blvd, NW
Suite 360
Albuquerque, NM 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member and manager | PBSWP, LLC, a New Mexico limited liability company (family LLC) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vanguard 500 Index Fund Admiral Shares | A | Int./Div. | N | T | | | | | |
| 2. Vanguard Admiral Treasury Money Market Fund | A | Int./Div. | J | T | | | | | |
| 3. Vanguard Balanced Index Fund Admiral Shares | C | Int./Div. | M | T | | | | | |
| 4. Vanguard Tax-Exempt Money Market Fund | A | Int./Div. | L | T | | | | | |
| 5. Vanguard Balanced Fund Admiral Shares | A | Int./Div. | N | T | | | | | |
| 6. Vanguard Tax-Managed Balanced Fund Admiral Shares | A | Int./Div. | N | T | | | | | |
| 7. Vanguard Precious Metals and Mining Fund | A | Int./Div. | J | T | | | | | |
| 8. Vanguard Target Retirement 2025 Fund | A | Int./Div. | L | T | | | | | |
| 9. Vanguard Total Stock Market Index Fund Inv. Shares | A | Int./Div. | J | T | | | | | |
| 10. Vanguard Admiral Treasure Money Market Fund | A | Int./Div. | J | T | | | | | |
| 11. The Education Plan-25% Active Equity Portfolio | A | Int./Div. | M | T | | | | | |
| 12. The Education Plan-US Equity Index | A | Int./Div. | K | T | | | | | |
| 13. The Education Plan-Bond Index | A | Int./Div. | J | T | | | | | |
| 14. PBSWP, LLC (owns farm land in Handricks County, Indiana) | D | Rent | N | W | | | | | |
| 15. Wells Fargo Checking Account | A | Int./Div. | J | T | | | | | |
| 16. Wells Fargo Savings Account | A | Int./Div. | J | T | | | | | |
| 17. Exxon common stock | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Abbot Laboratories | A | Int./Div. | K | T | | | | | |
| 19. ABBVIE | A | Int./Div. | K | T | Buy | 06/23/20 | J | | |
| 20. Alibaba Group | A | Int./Div. | K | T | Buy | 03/12/20 | J | | |
| 21. Alphabet Inc. | A | Int./Div. | K | T | | | | | |
| 22. Amazon | A | Int./Div. | L | T | | | | | |
| 23. Apple, Inc. | A | Int./Div. | L | T | | | | | |
| 24. Bank of America common stock | A | Int./Div. | K | T | | | | | |
| 25. Berkshire Hathaway, Series B | A | Int./Div. | K | T | | | | | |
| 26. Boeing Co. | A | Int./Div. | | | Sold | 03/18/20 | J | | |
| 27. Booking Holdings | A | Int./Div. | K | T | | | | | |
| 28. Chevron Corp. | A | Int./Div. | | | Sold | 02/26/20 | J | | |
| 29. Cisco Systems | A | Int./Div. | | | Sold | 03/03/20 | K | | |
| 30. Comcast Corp. | A | Int./Div. | K | T | | | | | |
| 31. Constellation Brands | A | Int./Div. | K | T | | | | | |
| 32. Costco | A | Int./Div. | J | T | Buy | 03/12/20 | K | | |
| 33. CSX Corp. | A | Int./Div. | K | T | | | | | |
| 34. Digital Realty Trust | A | Int./Div. | K | T | Buy | 03/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Diageo PLC | A | Int./Div. | | | Sold | 03/03/20 | J | | |
| 36. Disney Co. | A | Int./Div. | K | T | | | | | |
| 37. Dupont De Nemours | A | Int./Div. | K | T | Buy | 08/11/20 | K | | |
| 38. Electronic Arts | A | Int./Div. | K | T | | | | | |
| 39. Emerson Electric Co. | A | Int./Div. | J | T | | | | | |
| 40. Facebook Inc. | A | Int./Div. | K | T | | | | | |
| 41. Fiserv Inc. | A | Int./Div. | K | T | Buy | 09/16/20 | K | | |
| 42. HCA Holdings Inc. | A | Int./Div. | K | T | | | | | |
| 43. Home Depot Inc. | A | Int./Div. | K | T | | | | | |
| 44. Honeywell | A | Int./Div. | K | T | | | | | |
| 45. Humana Inc. | A | Int./Div. | K | T | | | | | |
| 46. Intel | A | Int./Div. | J | T | | | | | |
| 47. Intercontinental Exchange | A | Int./Div. | K | T | | | | | |
| 48. Interxion Holding NV | A | Int./Div. | | | Sold | 03/23/20 | J | | |
| 49. ishares Agency Bond ETF | A | Int./Div. | K | T | Buy | 04/23/20 | K | | |
| 50. ishares Core U.S. Aggregate Bond ETF | A | Int./Div. | M | T | | | | | |
| 51. ishares Russell Mid-Cap Value ETF | A | Int./Div. | K | T | Buy | 06/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. isharesMSCI EAFE Growth ETF | A | Int./Div. | K | T | | | | | |
| 53. ishares Core MSCI emerging markets ETF | A | Int./Div. | | | Sold | 03/18/20 | K | | |
| 54. ishares Core MSCI EAFE ETF | A | Int./Div. | | | Sold | 03/18/20 | K | | |
| 55. ishares Core S&P Mid ETF | A | Int./Div. | | | Sold | 03/12/20 | J | | |
| 56. ishares Core S&P small cap ETF | A | Int./Div. | K | T | | | | | |
| 57. JP Morgan Ultra-Short Income ETF | A | Int./Div. | K | T | Buy | 08/27/20 | K | | |
| 58. JP Morgan Chase & Co. common stock | A | Int./Div. | K | T | | | | | |
| 59. Keysight Techs Inc. | A | Int./Div. | K | T | Buy | 10/06/20 | K | | |
| 60. Koninklijke Philips NV NY Reg. Sh | A | Int./Div. | K | T | Buy | 03/18/20 | K | | |
| 61. Lam Research Corp. | A | Int./Div. | K | T | | | | | |
| 62. Lockheed Martin | A | Int./Div. | J | T | | | | | |
| 63. Mastercard | A | Int./Div. | K | T | | | | | |
| 64. Merck | A | Int./Div. | K | T | | | | | |
| 65. Microsoft Corp. | A | Int./Div. | L | T | | | | | |
| 66. Mondelez Intl Inc. | A | Int./Div. | K | T | Buy | 03/09/20 | K | | |
| 67. Nextera Energy Inc. | A | Int./Div. | K | T | | | | | |
| 68. OneOK Inc. | A | Int./Div. | | | Sold | 03/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Packaging Corp of America | A | Int./Div. | | | Sold | 03/09/20 | J | | |
| 70. | NVIDIA Corp | A | Int./Div. | J | T | Buy | 10/30/20 | J | | |
| 71. | Parker-Hannifin Corp. | A | Int./Div. | K | T | Buy | 06/24/20 | K | | |
| 72. | PayPal Holdings | A | Int./Div. | K | T | Buy | 11/03/20 | K | | |
| 73. | Pepsico Inc. | A | Int./Div. | K | T | | | | | |
| 74. | Pfizer Inc. | A | Int./Div. | | | Sold | 06/23/20 | K | | |
| 75. | Pimco Active BankETF | A | Int./Div. | M | T | | | | | |
| 76. | Progressive Corp. | A | Int./Div. | K | T | | | | | |
| 77. | Raytheon Technologies | A | Int./Div. | K | T | Buy | 06/02/20 | K | | |
| 78. | Rio Tinto PLC | A | Int./Div. | K | T | | | | | |
| 79. | Royal Dutch Shell | A | Int./Div. | K | T | | | | | |
| 80. | Salesforce.com | A | Int./Div. | K | T | | | | | |
| 81. | SPDR Portfolio Emerging Market ETF | A | Int./Div. | L | T | Buy | 03/18/20 | L | | |
| 82. | SPDR Portfolio Intermediate Term ETF | A | Int./Div. | L | T | Buy | 04/23/20 | L | | |
| 83. | SPDR Portfolio Mortgage Banked Bond ETF | A | Int./Div. | L | T | Buy | 04/23/20 | L | | |
| 84. | SPDR portfolio short term corp. bond ETF | A | Int./Div. | L | T | | | | | |
| 85. | SPDR S&P Biotech ETF | A | Int./Div. | | | Sold | 02/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   Starbucks | A | Int./Div. | K | T | | | | | |
| 87.   Taiwan Semiconductor Mfg. Co. | A | Int./Div. | K | T | Buy | 03/03/20 | K | | |
| 88.   Thermo Fisher Scientic Inc. | A | Int./Div. | K | T | | | | | |
| 89.   TJX Cos Inc. New | A | Int./Div. | K | T | | | | | |
| 90.   Unilever PLC | A | Int./Div. | J | T | | | | | |
| 91.   US Bancorp | A | Int./Div. | | | Sold | 03/09/20 | K | | |
| 92.   Vanguard real estate index fund ETF | A | Int./Div. | | | Sold | 06/24/20 | K | | |
| 93.   Vanguard FTSE Developed Markets ETF | A | Int./Div. | L | T | Buy | 03/18/20 | L | | |
| 94.   Vanguard Mortgage Back Securities ETF | A | Int./Div. | K | T | Buy | 04/23/20 | K | | |
| 95.   Vanguard Scottsdale Inter-term Treas. Index ETF | A | Int./Div. | K | T | | | | | |
| 96.   Vanguard short term bonds ETF | A | Int./Div. | M | T | | | | | |
| 97.   Vanguard Short term corp. bonds ETF | A | Int./Div. | L | T | Buy | 03/02/20 | L | | |
| 98.   Verizon Comm. | A | Int./Div. | J | T | | | | | |
| 99.   Vertex Pharmaceuticals | A | Int./Div. | J | T | Buy | 02/25/20 | J | | |
| 100.   WNS Holdings LTD ADR | A | Int./Div. | J | T | Buy | 08/11/20 | J | | |
| 101.   Goldman Sach Finl Square Treas Obligs Class 1 | A | Int./Div. | J | T | Buy | 07/30/20 | J | | |
| 102.   Doubline Funds; total return bond fund | A | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thuma, David T. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Metropolitan West funds; total return bond fund | A | Int./Div. | | | Sold | 04/23/20 | M | | |
| 104. Fidelity Investments money market treas. only | A | Int./Div. | | | Sold | 04/23/20 | L | | |
| 105. FPA New Income Inc. | A | Int./Div. | | | Sold | 04/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 05/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  PBSWP, LLC is a family owned LLC that owns farm land in Hendricks County, Indiana.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ David T. Thuma

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544